IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 17-cv-01245-CMA-KLM

CONTINENTAL CASUALTY COMPANY, as subrogee of Alpen Haus Ski Center, Inc., and
AMERICAN ECONOMY INSURANCE COMPANY, as subrogee of The Plaza at Aspen Village Owners Association,

    Plaintiffs,

v.

COOPER FIRE PROTECTION SERVICES, INC., a New Mexico corporation,

    Defendant.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER is before the Court on the parties' Stipulation for Dismissal With Prejudice (Doc. #25).  The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees.

DATED:  March 8, 2018

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge